# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

United States of America,            Criminal No. 12-130(1) (DWF/FLN)

      Plaintiff,

v.                                 **ORDER ADOPTING REPORT AND RECOMMENDATION**

Robert Andrew Gozola,

      Defendant.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated July 10, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

Defendant's motion to suppress evidence obtained as a result of search and seizure (Doc. No. [13]) is **DENIED**.

Dated: July 26, 2012          s/Donovan W. Frank
                                    DONOVAN W. FRANK
                                    United States District Judge